# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS E. PAZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:24-cv-00512-PD<br><br>JUDGMENT |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 24, 2024

　　　　　　　　　　　　　　　　　*Patricia Donahue*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. PATRICIA DONAHUE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE